THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JI-WON KIM, LILIAN PARK, JEAN YI, and JONGJIN AN,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>Defendant. | No.   2:18-cv-00942-JLR<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>NOTE ON MOTION CALENDAR:<br>June 26, 2019 |

## I.   STIPULATION

Plaintiffs JI-WON KIM, LILIAN PARK, JEAN YI, and JONGJIN AN, and Defendant DELTA AIR LINES, INC. (collectively "Parties"), by and through their respective counsel, hereby stipulate that all claims by and between Plaintiffs and Defendant in this action have been resolved and should be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice, and with each party bearing their own attorneys' fees, costs, and expenses.

DATED this 26th day of June 2019.

\\

\\

*Stipulated by*:

Attorneys for Plaintiffs:

By *s/Judith A. Lonnquist (per email authorization)*
Judith A. Lonnquist, WSBA #06421
LAW OFFICES OF JUDITH A. LONNQUIST, P.S.
1218 Third Avenue, Suite 1500
Seattle, WA 98101
Tel. (206) 622-2086
Fax (206) 622-9165
Email: LOJAL@aol.com

By *s/Jennifer T. Song*
Jennifer T. Song, WSBA #39801
REED LONGYEAR MALNATI & AHRENS, PLLC
801 Second Avenue, Suite 1415
Seattle, WA 98104
Tel. (206) 624-6271
Fax (206) 624-6672
Email: jsong@reedlongyearlaw.com

Attorney for Defendant:

By *s/Aaron D. Goldstein (per email authorization)*
Aaron D. Goldstein, WSBA #34425
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Tel. (206) 903-8800
Fax (206) 903-8820
Email: goldstein.aaron@dorsey.com

## II. ORDER

This matter having come before the Court by way of stipulation of the parties, IT IS HEREBY ORDERED THAT Plaintiffs' claims and causes of action in this matter are hereby dismissed with prejudice, with each party bearing their own attorneys' fees, costs, and expenses.

DATED this 27th day of June, 2019.

Honorable James L. Robart
United States District Court Judge

*Presented by*:

LAW OFFICES OF JUDITH A. LONNQUIST, P.S.

By *s/Judith A. Lonnquist (per email authorization)*
    Judith A. Lonnquist, WSBA #06421
    Attorney for Plaintiffs


REED LONGYEAR MALNATI & AHRENS, PLLC

By *s/Jennifer T. Song*
    Jennifer T. Song, WSBA #39801
    Attorney for Plaintiffs


DORSEY & WHITNEY LLP

By *s/Aaron D. Goldstein (per email authorization)*
    Aaron D. Goldstein, WSBA #34425
    Attorney for Defendant

STIPULATION AND ORDER OF DISMISSAL - 3
Case No: 2:18-cv-00942-JLR

# CERTIFICATE OF SERVICE

I, Jennifer T. Song hereby certify that on this date I electronically filed the foregoing STIPULATION AND ORDER OF DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Party | Method of Service |
|---|---|
| Aaron D. Goldstein<br>DORSEY & WHITNEY LLP<br>Columbia Center<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104-7043<br>goldstein.aaron@dorsey.com<br>jaswal.stefanie@dorsey.com | ☐ Hand Delivery<br>☐ Legal Messenger<br>☐ Regular Mail<br>☒ E-Service via the Court<br>☐ E-Mail |
| Andrea L. Bowman<br>Assistant General Counsel<br>Delta Air Lines, Inc.<br>Law Department<br>P.O. Box 20574<br>Atlanta, GA 30320-2574 | ☐ Hand Delivery<br>☐ Legal Messenger<br>☐ Regular Mail<br>☒ E-Service via the Court<br>☐ E-Mail |

DATED this 26th day of June 2019.

*s/Jennifer T. Song*
Jennifer T. Song